SHILAND *vs.* CORY and DOE.

*Nul tiel record,*
*no judgment,*
*and no ca. sa.*
*not incompati-*
*ble in an ac-*
*tion on recog-*
*nizance a-*
*gainst bail.*

MOTION to strike out, or that defendant elect which plea he will abide by. Declaration, debt on recognizance of bail. Pleas, 1. *Nul tiel record ;* 2. No judgment against defendant in original suit ; 3. No *capias ad satisfaciendum* sued out against defendant in such suit ; and 4. That the defendants did not enter into the recognizance of bail.

*By the Court,* MARCY, J. The three first pleas are not incompatible, under the statute allowing double pleading. The fourth plea would probably be held bad on demurrer.

Motion denied.

---

SAVAGE *vs.* HICKS.

An order to
stay proceed-
ings is neces-
sary after case
made, to pre-
vent the enter-
ing judgment
and issuing ex-
ecution.

IN this case, a verdict was rendered against the defendant, who obtained an order for time to make a case, which was made. The plaintiff had time given him by order to propose amendments, which were proposed and the case settled ; but no order was granted to stay proceedings after the case was settled. The plaintiff perfected his judgment and issued execution, and the defendant applied to set the same aside for irregularity.

*By the Court,* MARCY, J. The plaintiff has not been irregular. An order to stay proceedings after the case was settled not having been obtained, the plaintiff had a right to enter judgment and issue execution. The case, however, having been made in good faith, the proceedings on the execution are stayed until the decision of the cause.